**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00336-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BENJI MICHAEL GARCIA

       Defendant.

---

**ORDER CONTINUING DATE OF SUPERVISED RELEASE VIOLATION HEARING**

---

       This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release. On April 13, 2009, the defendant admitted to alleged violation in the probation officer's petition. It is

       ORDERED that the defendant's violation hearing be continued to January 13, 2010, and that all original conditions of supervised release remain in full force and effect. It is

       FURTHER ORDERED that based on the defendant's 67 days in detention pending the violation hearing of April 13, 2009, that his supervised release termination date be extended to September 11, 2010. It is

       FURTHER ORDERED that the defendant shall be released from custody so he can resume his period of supervised release.

       DATED at Denver, Colorado, this 14th day of April, 2009.

       BY THE COURT:

       s/Wiley Y. Daniel
       Wiley Y. Daniel
       Chief United States District Judge